# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2338
Lower Tribunal No. 20-20725
_____

**Mayra Santana,**
Appellant,

vs.

**People's Trust Insurance Company,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Rodriguez Tramont & Núñez, P.A., Paulino A. Nuñez, Jr., Frank R. Rodriguez, and Stephanie Therese Nuñez, and Crabtree & Auslander, LLC and Charles M. Auslander, and Brian C. Tackenberg, and John G. Crabtree, Knecht Law Group, and Michael C. Knecht (Jupiter), for appellant.

Brett Frankel, Jonathan Sabghir (Deerfield Beach), Cole, Scott & Kissane, P.A. and David C. Borucke (Tampa), for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Dodge v. People's Tr. Ins. Co., 321 So. 3d 831, 835 (Fla. 4th DCA 2021) ("Corrosion, the chemical reaction between iron and moist air, is an act of nature or a naturally occurring force.  Thus, the rust or corrosion occurred because of a natural act."); Rosa v. Safepoint Ins. Co., 350 So. 3d 468, 471 (Fla. 5th DCA 2022) ("[T]he rust or other corrosion that occurred in the pipes in [appellant's] dwelling, regardless of whether it was perhaps preventable or controllable, was a naturally occurring force and thus an act of nature.  As an act of nature, the loss came within the policy exclusion for 'any act of nature.'").